**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SINH NGOC TRAN,

Petitioner,

v.

D. MARIN, et al.,

Respondents.

Case No. 5:26-cv-03753-SK

**ORDER GRANTING PETITION**

A File No. 251-40-586

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted. *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). SINH NGOC TRAN (A# 251-40-586) is ordered released from ICE detention forthwith on an order of supervision (OSUP) under 8 U.S.C. § 1231(a)(3). Judgment in petitioner's favor will be entered accordingly.

This court retains jurisdiction to enforce its order and judgment if respondents revoke petitioner's OSUP and re-detain him in violation of the Immigration and Nationality Act or their agency regulations prescribing the procedures for valid OSUP revocation. *See* 8 C.F.R. §§ 241.4(l), 241.13(i); *see also Cheng v. Warden of Adelanto ICE Proc. Ctr.*, --- F. Supp. 3d ---, 2026 WL 629685 C.D. Cal. Sept. 7, 2026).

IT IS SO ORDERED.

DATED: November 13, 2026

STEVE KIM
United States Magistrate Judge