**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SINH NGOC TRAN,<br>Petitioner,<br>v.<br>D. MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-03753-SK<br>**JUDGMENT**<br>A File No. 251-40-586 |

Pursuant to the Order Granting Petition, IT IS ADJUDGED that SINH NGOC TRAN (A# 251-40-586) is to be released from ICE detention forthwith on an order of supervision (OSUP) under 8 U.S.C. § 1231(a)(3).

DATED: November 13, 2026

STEVE KIM
United States Magistrate Judge